**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00490-CV**
_____

**IN RE AARON NICHOLAS THOMAS**

**Original Proceeding**
**County Court at Law No. 3 of Montgomery County, Texas**
**Trial Cause No. 25-09-14607**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Relator Aaron Nicholas Thomas contends the trial court failed to perform its ministerial duty to issue service documents for a petition for a protective order.[1] The clerk of the court, not the judge, has the duty to issue citation.[2] *See* Tex. Fam. Code. Ann. § 82.042(a).

---

[1] Relator submitted a mandamus petition that contains multiple format deficiencies. He failed to correct the deficiencies after the Clerk of the Court provided notice and an opportunity to cure. We use Rule 2, however, to look beyond the deficiencies to reach an expeditious result. *See* Tex. R. App. P. 2.

[2] An intermediate appellate court lacks mandamus jurisdiction over a County Clerk unless necessary to protect the appellate court's jurisdiction. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator additionally complains that the trial court abused its discretion by failing to authorize an alternative method of service. *See generally* Tex. R. Civ. P. 106(b). "To meet the due process threshold reflected in Rule 106(b)(2), a party resorting to substitute service must produce evidence showing his selected method was reasonably calculated to apprise a party of the suit." *JD Auto Corp. v. Bell*, 697 S.W.3d 441, 457 (Tex. App.—El Paso 2024, no pet.). After reviewing the mandamus petition and appendix, we conclude Relator has not shown that he provided the trial court with sufficient support for his request for alternative service of citation. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a). We deny Relator's requests for temporary relief. *See id.* 52.10(a).

PETITION DENIED.

PER CURIAM

Submitted on January 7, 2026
Opinion Delivered January 8, 2026

Before Golemon, C.J., Johnson and Wright, JJ.

2